AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
NOV 0 6 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___BG___ DEP CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Roderick Michael Bates | ) | Case No. 7:25-mj-1321-RJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/22/2025 through 9/30/2025__ in the county of __Sampson__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |
| 18 USC 1349 | Attempted Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of Task Force Officer Bailey Bertolani.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Task Force Officer Bailey Bertolani
*Printed name and title*

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit this __6__ day of __November__, 2025.

Date: _____

_____
*Judge's signature*

City and state: __Wilmington, North Carolina__    Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

I, Task Force Officer Bailey Bertolani, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant, arrest warrant, or other appropriate criminal and investigative process. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) currently assigned to the Fayetteville Resident Agency, Charlotte Division. I have been employed by the FBI since August of 2025, and employed with the Sampson County, North Carolina, Sheriff's Office since November of 2021. My duties include investigations of violations of federal criminal law throughout the Eastern and Middle Districts of North Carolina (NC) which fall under the jurisdiction of the FBI. I have over four years of experience investigating violations of state and federal law, including violent criminal cases such as kidnappings, homicides, carjackings, gangs, and high value property theft. Through formal and on the job training, I have developed experience in investigations dealing with violent offenses as set forth in the United States Code, and violations against the general statutes of the state of North Carolina. As an FBI Task Force Officer, I am authorized to investigate violations of federal law and to execute warrants issued under the authority of the United States.

2. I make this affidavit in support of an application for an arrest warrant for RODERICK MICHAEL BATES.

3. The information contained in this affidavit is based upon my personal knowledge and observation, my training and experience, communications with other law enforcement officers and witnesses, and the review of documents and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, I respectfully assert that there is probable cause to believe that RODERICK MICHAEL BATES (BATES) committed, among other numerous offenses, Wire Fraud, and Attempted Wire Fraud, in violation of Title 18, United States Code, Section 1343 and Section 1349.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. On September 22, 2025, Smiths Enterprise LLC, received a financing application containing the personal information of J.V., including the name, date of birth, and social security number belonging to J.V. and a photocopy of a Georgia

REAL ID Drivers License containing a photograph of BATES. This application was received from the internet protocol address of 98.62.220.32, originating in Atlanta, Georgia, and received by employees of Smiths Enterprise LLC in Salemburg, within the Eastern District of North Carolina.

7. Messages sent on September 23, 2025, from BATES' telegram account to an artificial intelligence messaging service show BATES requesting and receiving the social security number of J.V.

8. On September 24, 2025, BATES received an electronic mail (e-mail) message from "dse@docusign.net" on the e-mail address "JOHNVARDARO2@gmail.com", requesting him to electronically sign loan paperwork for Smiths Enterprise LLC.

9. On September 24, 2025, BATES, while acting as J.V., electronically signed a form titled "RETAIL INSTALMENT CONTRACT AND SECURITY AGREEMENT", entering into a loan agreement with DLL Financing of Minneapolis, Minnesota for the amount of $32,981.76. This agreement was for the purchase of one "Yakta 61" YXR 410" lawn mower, priced at $8,700.00, and one "Trailer Source 16ft Dump Trailer" priced at $11,800.00.

10. On October 2, 2025, M.M., an employee of Smiths Enterprise LLC, transported the lawn mower and dump trailer from Salemburg, North Carolia to Rincon, Georgia.

11. On October 2, 2025, M.M. met BATES at 414 Willowpeg Way, Rincon, Georgia to deliver the lawn mower and dump trailer to BATES. At that time, BATES

provided the identification card of J.V. and physically signed, in M.M.'s presence, the name of J.V.

12. On October 2, 2025, BATES physically took possession of the lawn mower and dump trailer.

13. On September 30, 2025, Smiths Enterprise LLC, received a financing application containing the personal information of M.B., including the name, date of birth, and social security number belonging to M.B. and a photocopy of an Alabama Drivers License containing a photograph of BATES. This application was received from the internet protocol address of 174.249.177.130, that originated from Atlanta, Georgia, and received by employees of Smiths Enterprise LLC in Salemburg, within the Eastern District of North Carolina.

14. On October 10, 2025, S.S., an employee of Smiths Enterprise LLC, notified Task Force Officer (TFO) Bailey Bertolani that he suspected fraud and brought multiple documents to the Sampson County Sheriff's Office. A review of the documents confirmed a complex scheme to defraud both Smiths Enterprise LLC and DLL Financing.

15. On October 10, 2025, S.S. notified BATES (under the identity of M.B.) that the loan application was approved and scheduled delivery for October 21, 2025 at 2320 Coleman Road, Anniston, Alabama.

16. On October 13, 2025, TFO Bertolani contacted police in Anniston, Alabama and generated a plan to intercept the fraudulent transaction during the sale.

17. On October 21, 2025, TFO Bertolani and officers from the 7th Major Crimes Unit in Anniston, Alabama, met with S.S. and conducted a controlled purchase where BATES arrived, possessing the Alabama Identification Card of M.B. and physically signed, in the presence of S.S., loan documents for a golf cart and dump trailer, for the amount of $10,450.00.

18. BATES was arrested on outstanding arrest warrants for identity theft and obtaining property by false pretense issued by a Magistrate D. Grady out of Sampson County, North Carolina, on October 21, 2025. BATES was confined in the Calhoun County, Alabama jail pending extradition to the state of North Carolina.

## CONCLUSION

19. Based upon the information provided above, there is probable cause to believe that on or about September 22, 2025 through September 30, 2025, in the Eastern District of North Carolina and elsewhere, RODERICK MICHAEL BATES committed, among other numerous offenses, the federal offenses of Wire Fraud, and attempted Wire Fraud, in violation of Title 18, United States Code, Section 1343 and Section 1349. Therefore, your affiant respectfully requests that a warrant be issued for the arrest of RODERICK MICHAEL BATES.

Respectfully submitted,

Bailey Bertolani, Task Force Officer
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules (telephone) of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit this __6th__ day of November, 2025.

_____
United States Magistrate Judge Robert B. Jones, Jr.

    Robert B. Jones, Jr.
    US Magistrate Judge